**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**FILED**

MAY 3 0 2007

CLERK, US DISTRICT COURT, WDNY

**UNITED STATES OF AMERICA,**

**ORDER**

v.

**1:06-CR-00244-001**

**Shannon Wright**

**Defendant**

THIS CAUSE having come to be heard before me upon the motion of U.S. Probation Officer Kimberly D. Williams, for an order authorizing any employer of Shannon Wright to withhold 10 % per pay period from the gross employment wages of Shannon Wright, and being fully advised in its premises, it is,

HEREBY ORDERED, that any employer of Shannon Wright to deduct 10 % per pay period from the gross wages of Shannon Wright and forward all withheld funds to Clerk, U.S. District Court, 68 Court Street, Buffalo, NY 14202 until restitution is either paid in full or changed by the U.S. District Court, and it is further,

ORDERED, that service of a copy of the Order by regular mail, upon any employer of Shannon Wright shall be deemed good and sufficient service thereof.

**SO ORDERED.**

**Buffalo, New York**

John T. Elfvin

DATED: May 23 , 2007

**John T. Elfvin**
**Senior United States District Judge**